**FILED**

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0012

POPLAR ELEMENTARY SCHOOL DISTRICT NO. 9,

      Petitioner and Appellants,

  v.

FROID ELEMENTARY SCHOOL DISTRICT NO. 65,

      Respondents and Appellees.

## GRANT OF EXTENSION

Upon consideration of Intervenor Attorney General's motion for extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Intervenor Attorney General is granted an extension of time to and including April 16, 2020, within which to prepare, serve, and file its brief.

**JSS**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 6 2020